IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO.: 4:25-cr-99-SA-JMV-2 |
| EARL JOE NELSON | DEFENDANT |

## ORDER GRANTING EMERGENCY MOTION TO TRAVEL OURTSIDE THE SOUTHERN DISTRICT OF MISSISSIPPI WHILE ON BOND

This matter is before the court on the defendant's Emergency Motion to Travel Outside the Southern District of Mississippi ("the District") while on bond, docket number [22]. The court is advised that neither the United State of America nor Defendant's probation officer has any objections to the relief requested. Accordingly, and for good cause shown, the motion is GRANTED as follows:

The Defendant, Earl Joe Nelson, is permitted to travel to and attend an event in Chicago, Illinois, that is being hosted by the National Federation of State High School Associations ("NFHS"). The event will take place at the Chicago Marriott Downtown hotel from the dates of June 28, through July 1, 2025, and he shall return to the Southern District promptly at the end of the conference.

The Defendant will not violate any of his pretrial bond conditions and will notify his supervisory probation officer immediately upon his return to the Southern District of Mississippi. Except as expressly permitted herein, the existing pretrial bond conditions applicable in this matter will remain in effect and unchanged.

SO ORDERED, this the 26th day of June, 2025.

UNITED STATES MAGISTRATE JUDGE